IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY WALLACE,

    Defendant.

Case No. 3:06cr187(3)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO REDUCE SENTENCE, PURSUANT TO 18 U.S.C. § 3582(c)(2), IN AN AGREED DISPOSITION CASE (DOC. #341); SENTENCE REDUCED ACCORDINGLY

---

Pursuant to the reasoning and citations of authority set forth in the Motion of the Defendant to reduce sentence, pursuant to 18 U.S.C. § 3582(c)(2), in an agreed disposition case (Doc. #341), as well as upon a through *de novo* review of the applicable law, said unopposed Motion is deemed to be well taken and same is, therefore, sustained in its entirety.

Accordingly, the 70-month sentence imposed by this Court on November 6, 2007 (Doc. #137), journalized in a Judgment Entry filed on December 3, 2007 (Doc. #165), is reduced to 60 months, based upon the retroactive application of the November 1, 2010, Fair Sentencing Act of 2010.

The Bureau of Prisons and the institution in which the Defendant is currently incarcerated should adjust their records on an immediate basis.

November 18, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Ken Parker, AUSA
Steven S. Nolder, Federal Public Defender
Aaron G Durden, Esq.
United States Marshal