IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER OWINGS,

    Defendant.

Case No. 3:06-CR-187 (7)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO REDUCE SENTENCE (DOC. #344), PURSUANT TO 18 U.S.C. § 3582(c)(2), BY AGREEMENT OF GOVERNMENT AND DEFENDANT'S COUNSEL

---

Pursuant to the Memorandum filed by Defendant's counsel, Steven S. Nolder, in support of the Defendant's Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #344), said Motion is deemed to be well taken and same is, therefore, sustained in its entirety. Accordingly, the 188-month aggregate sentence imposed by this Court on November 13, 2008 (Doc. #277), journalized in a Judgment Entry of November 14, 2008 (Doc. #278), is reduced to one of 151 months.

December 22, 2011

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Mona Guerrier, AUSA
Kenneth Parker, AUSA
Steven Nolder, Federal Public Defender
United States Marshal


Courtesy copy to:

Vince Popp, Esq.